IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

DOUGLAS R. REIF,                    )
                                    )
            Plaintiff,              )
                                    )
        v.                          )    Civil No. 06-1759-TC
                                    )
                                    )    ORDER
MICHAEL J. ASTRUE, Commissioner)
Social Security Administration,)
                                    )
            Defendant.              )
_____)

       Magistrate Judge Thomas M. Coffin filed Findings and
Recommendation on February 5, 2008, in the above entitled case.
The matter is now before me pursuant to 28 U.S.C. § 636(b)(1)(B)
and Fed. R. Civ. P. 72(b).  When either party objects to any
portion of a magistrate judge's Findings and Recommendation, the
district court must make a de novo determination of that portion
of the magistrate judge's report.  See 28 U.S.C. § 636(b)(1);
McDonnell Douglas Corp. v. Commodore Business Machines, Inc.,
656 F.2d 1309, 1313 (9th Cir. 1981), cert. denied, 455 U.S. 920
(1982).

1    - ORDER

Plaintiff has timely filed objections.  I have, therefore, given de novo review of Magistrate Judge Coffin's rulings.

I find no error.  Accordingly, I ADOPT Magistrate Judge Coffin's Findings and Recommendation filed February 5, 2008, in its entirety.  The Commissioner's decision is remanded for further administrative proceedings consistent with the court's findings.  The clerk is directed to enter final judgment in this court pursuant to Sentence Four of 42 U.S.C. 405(g).

IT IS SO ORDERED.

DATED this ___5th___ day of ___March___, 2007.

_____Michael R. Hogan_____
UNITED STATES DISTRICT JUDGE

2    - ORDER