# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF OREGON

DOUGLAS R. REIF,

                      Plaintiff(s),

      v.                                      Civil No. 06-1759-TC

COMMISSIONER, SOCIAL
  SECURITY ADMINISTRATION,

                    Defendant(s).

## JUDGMENT

This action is reversed and remanded to Defendant Commissioner for further administrative proceedings pursuant to Sentence Four of 42 USC 405(g).

Dated: March 6, 2008.

_____
United States District Judge

**JUDGMENT**