SARA L. GABIN, OSB #81234
Attorney for **Plaintiff**
4500 SW Kruse Way, Suite 100
Lake Oswego, Oregon 97035
tel: 503.620.3171  fax: 503.620.3365

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| DOUGLAS R. REIF, | Civil No. 06-1759 TC |
| Plaintiff, | ORDER FOR EAJA FEES |
| vs. | |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | |
| Defendant. | |

Based on the parties stipulation, it is hereby ORDERED that attorney fees of $4,777.40 are awarded to plaintiff (Reif) under the Equal Access to Justice Act, 28 U.S.C. 2412, payable directly to his attorney, SARA L. GABIN, Attorney at Law, and mailed to 4500 SW Kruse Way, Suite 100, Lake Oswego, Oregon  97035.

DATED this __13__ day of ____May____, 2008.

_____
UNITED STATES ~~DISRCTIC~~ COURT JUDGE
MAGISTRATE

* * *

* * *

* * *

ORDER FOR EAJA FEES - 1

Submitted by:

/s/ SARA L. GABIN
SARA L. GABIN, OSB#81234
Attorney for Plaintiff

Approved by:


/s/ L. JAMALA EDWARDS
L. JAMALA EDWARDS
Special Assistant United States Attorney

ORDER FOR EAJA FEES - 2